1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff
6

7  OGLETREE, DEAKINS, NASH,
8  SMOAK & STEWART, P.C.
   DAVID RAIZMAN, CA Bar No. 129407
9  david.raizman@ogletree.com
   AMBER L. ROLLER, CA Bar No. 273354
10 amber.roller@ogletree.com
   J. NICHOLAS MARFORI, CA Bar No. 311765
11 nicholas.marfori@ogletree.com
   400 South Hope Street, Suite 1200
12 Los Angeles, California 90071
   Telephone: 213-239-9800
13 Facsimile: 213-239-9045
   Attorney for Defendant
14 Gamestop, Inc.
15

16

17            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
18

19 CHRIS LANGER,                    ) Case No.: 3:21-cv-00381-AGT
                                     )
20        Plaintiff,                 ) **JOINT STIPULATION FOR**
                                     ) **DISMISSAL PURSUANT TO**
21    v.                             ) **F.R.C.P. 41 (a)(1)(A)(ii)**
                                     )
22 GAMESTOP, INC., a Minnesota       )
   Corporation.                      )
23                                   )
          Defendants.                )
24                                   )
                                     )
25

26

27

28

Joint Stipulation                   -1-                    3:21-cv-00381-AGT

1

2

3            Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the

parties hereto that this action may be dismissed with prejudice as to all parties.  Each

4

party shall bear his/her/its own attorneys' fees, expert fees, and costs.

5

6

   Dated: April 20, 2021              CENTER FOR DISABILITY ACCESS

7

8                                     By: /s/ Amanda Seabock
                                          Amanda Seabock
9                                         Attorneys for Plaintiff

10

11

   Dated: April 20, 2021              OGLETREE, DEAKINS, NASH,
12                                    SMOAK & STEWART, P.C.

13

14
                                      By:  /s/ Amber L. Roller
15                                         Amber L. Roller
                                           Attorney for Defendant
16                                         Gamestop, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Amber L. Roller, counsel for Gamestop, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: April 20, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff

                                                          46276761.1

Joint Stipulation                    -3-                    3:21-cv-00381-AGT